No. 87–2055.  University of Medicine and Dentistry of New Jersey et al. v. Fuchilla.  Sup. Ct. N. J.  Certiorari denied.

No. 87–2059.  Mirro v. United States.  C. A. 4th Cir.  Certiorari denied.

No. 87–2060.  Moran v. Montana.  Sup. Ct. Mont.  Certiorari denied.

No. 87–2061.  Collins v. Barry, Director, Ohio Department of Human Services.  C. A. 6th Cir.  Certiorari denied.

No. 87–2062.  Hargrove v. United States.  Ct. Mil. App.  Certiorari denied.

No. 87–2063.  Daniel v. Eaton Corp. et al.  C. A. 6th Cir.  Certiorari denied.

No. 87–2064.  B. F. Goodrich Co. v. Lake.  C. A. 11th Cir.  Certiorari denied.

No. 87–2065.  Ruza v. Pennsylvania.  Super. Ct. Pa.  Certiorari denied.

No. 87–2071.  Rodriguez Diaz et al. v. Mexicana de Avion, S. A., et al.  C. A. 5th Cir.  Certiorari denied.

No. 87–2074.  A. H. Robins Co., Inc. v. Maressa.  C. A. 4th Cir.  Certiorari denied.

No. 87–2075.  Board of Trustees of the University of Alabama et al. v. Medical Laundry Service, a Division of OPLCO, Inc.  C. A. 11th Cir.  Certiorari denied.

No. 87–2076.  J & C, Inc., et al. v. Combined Communications Corporation of Kentucky, Inc., et al.  Ct. App. Ky.  Certiorari denied.

No. 87–2077.  Stern v. Nix, Chief Justice, Supreme Court of Pennsylvania, et al.  C. A. 3d Cir.  Certiorari denied.